# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00380-CR

**Kenneth James Reynolds, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
### NO. 657360, HONORABLE NANCY WRIGHT HOHENGARTEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's motion to dismiss this appeal is granted.  *See* Tex. R. App. P. 42.2(a).

The appeal is dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed on Appellant's Motion

Filed:   August 29, 2006

Do Not Publish